**THE LAW OFFICES OF**
**AVRUM J. ROSEN, PLLC**
ATTORNEYS AT LAW
38 NEW STREET
HUNTINGTON, NEW YORK 11743
..............
Telephone (631) 423-8527
Facsimile (631) 423-4536
e-mail address:ajrlaw@aol.com

AVRUM J. ROSEN                                                                ALLAN B. MENDELSOHN *
FRED S. KANTROW                                                          MICHAEL J. O'SULLIVAN*
                                                                                          (* *of counsel* )
KIMBERLY I. BERSON
DEBORAH L. DOBBIN
KATHERINE A. GERACI **
( ** *also admitted in New Jersey* )

May 2, 2013

VIA ECF ONLY
Hon. Elizabeth S. Stong
United States Bankruptcy Judge
United States Bankruptcy Court
271 Cadman Plaza East
Brooklyn, New York 11201

Re:   In re S.M. Transportation, Ltd., Chapter 7, Case No. 12-42218-ess
        Debra Kramer, as Trustee v. Shakil Iqbal and Maria L. Iqbal,
        Adv. Pro. No. 11-1539-ess

Dear Judge Stong:

     Enclosed with your Order Scheduling Hearing in this matter which was entered on April 30, 2013 please be advised that, on behalf of my client Debra Kramer as the Chapter 7 Trustee of SM Transportation, Ltd., we consent to referral of this matter to the Court's pro bono mediation program.

Thank you.

                                                Very truly yours,

                                               */s/ Avrum Rosen*
                                               Avrum J. Rosen

cc: Karamvir S. Dahiya, Attorney for the Defendants (via email)

M:\K\Kramer-SM\correspondence\chambersletter050213.wpd