# Dahiya Law Group LLC

75 Maiden Lane Suite 506, New York, NY 10038
Tel (212)766-8000; Fax (212)766-8001

**Hon. Elizabeth S. Stong**                                                                         May 2, 2013
**Bankruptcy Judge**
**Bankruptcy Unit of**
**Eastern District of New York**
**Conrad B. Duberstein U.S. Courthouse**
**271-C Cadman Plaza East**
**Brooklyn, NY 11201-1800**

Re: Kramer v. Iqbal 11-01539

Dear Bankruptcy Judge:

     I represent Iqbal in the aforesaid adversary proceeding. I spoke to Mr. Iqbal as well as his son regarding a pro-bono mediation. They asked me what it meant and if the process is before the same judge. I told them that it is a part of settlement of process, a chance to negotiate a deal and or reach mutually acceptable terms and that it does not involve any payment to the mediator and that the mediation is not before the judge. They asked me, if the trustee could give up his lawsuit without demanding any money. I told Mr. Iqbal that it is a remote possibility, a possibility though, however, trustees do not let it go easily, as they have a job to perform.  Based on the conversation, respectfully they do not consent to mediation. The defendant also conveyed that they gave everything to the company, SM Transportation, whatever money they had, home equity, work and time and that it is unreasonable for the plaintiff to sue them. Thank you for your consideration.

Yours sincerely,

/s/karamvir dahiya
_____
Karamvir Dahiya, Esq.