UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re:

     S.M. TRANSPORTATION, LTD.,

                  Debtor.

Chapter 7

Case No. 10-43746-ess

------------------------------------------------------------------x
DEBRA KRAMER as Trustee of the Estate of
S.M. Transportation, Ltd.

                Plaintiff,

    -against-

MARIA IQBAL AND SHAKIL IQBAL,

               Defendants.
------------------------------------------------------------------x

Adv. Pro. No.: 11-1539

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                               ) ss:
COUNTY OF SUFFOLK   )

      Everlyn Meade, being duly sworn, deposes and says, that deponent is not a party to this action, is over 18 years of age and resides in Central Islip, New York;

      That on the 7th day of May, 2013 deponent served the **REPLY TO DEFENDANTS' COUNTERCLAIM AND TO REQUEST FOR JURY DEMAND IN DEFENDANTS' ANSWER,** on the referenced person(s) listed below, by depositing a copy of same in a post-paid wrapper, each addressed as shown below, in a post-office official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

Karamvir Dahiya, Esq.
Dahiya Law Offices, LLC
75 Maiden Lane
Suite 506
New York, New York 10038

                                                                    S/Everlyn Meade
                                                                    Everlyn Meade

Sworn to before me this
7th day of May, 2013

s/ Avrum J. Rosen
AVRUM J. ROSEN
Notary Public, State of New York
No. 02RO4872542
Qual. in Suffolk County
Comm. Exp. Sept. 8, 2014